## BOSHALL V. JENKINS.
(Decided Nov. 30, 1911.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

## CALDWELL V. CALDWELL.
(Decided June 8, 1911.)

APPEAL from Jackson Circuit Court.

Heard before Hon. W. W. HARALSON.

L. E. BROWN, for appellant. S. S. PLEASANTS, for appellee.

Per curiam. Affirmed on certificate.

## CHICAGO GULF EXPORT LUMBER CO. V. CARTER LUMBER CO.
(Decided Nov. 16, 1911.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE:

INGE & ARMBRECHT, for appellant. GREGORY L. & H. T. SMITH, for appellee.

Per curiam. Error confessed by appellee. Reversed and remanded.

## EDWARDS, ET AL. V. DARBY.
(Decided Nov. 28, 1911.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

ALLEN & BELL, for appellants. C. B. POWELL, for appellee.

Per curiam. Errors confessed. Reversed and remanded.